# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BLONISE CELESTIN** and **BELOU CAZEAU,**
Appellants,

v.

**BAYVIEW LOAN SERVICING, INC.,**
Appellee.

No. 4D19-657

[April 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502016CA008887 AW.

Michael J. McCormick, Jr. and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

Arnold M. Straus, Jr. of Straus & Associates, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***